UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-08-00566-CAS |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| KATHY STAMPS, | ) |
| Defendant. | ) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the terms and conditions of defendant's pretrial release be amended to allow her to travel with her family from and between the Central District of California and Miami, Florida between July 27, 2008, to August 3, 2008, inclusive. Further, that she have her U.S. passport returned to her by July 25, 2008 at 12:00 p.m., and that she re-lodge it with U.S. Pretrial Services no later than August 5, 2008 at 12:00 p.m.(noon). All other terms and conditions are to remain as previously ordered.

DATED: July 22, 2008

FOR THE UNITED STATES DISTRICT COURT

_[signature: Christina A. Snyder]_
Hon. Christina A. Snyder
United States District Judge

cc: Pretrial Services